JS-6

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-8181

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| COUNTY OF SAN BERNARDINO, a governmental entity,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INCORPORATED; UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY; OPTUM SERVICES, INC.; UNITED MEDICAL RESOURCES, INC.; MATHIS BROTHERS OKLAHOMA CITY, LLC; and DOES 1-11, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00595-JGB-KKx<br><br>Assigned to Hon. Jesus G. Bernal<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:       None Set |

7236741.1

ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  The parties having reached a formal settlement of this matter and having
2  stipulated to dismissal with prejudice of this matter, request that the Court dismiss
3  this matter in its entirety with prejudice.
4  **IT IS SO ORDERED.**

6  DATED: August 2, 2022

_____
HONORABLE JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-8181

7236741.1

2
ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE